**U.S. BANKRUPTCY COURT**
Western District of Wisconsin
SECTION 341 MEETING PROCEEDING MEMO AND
STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Gary L & Betty L Peterson                                   Case #   22-11787

Debtor Information:                                                Spouse Information:
  SS#:   XXX-XX-8835                                                 SS#:   XXX-XX-7472
  Addr:  612 E. Franklin St.                                         Addr:  612 E. Franklin St.
         Sparta, WI 54656                                                    Sparta, WI 54656
  County: MONROE                                                     County: MONROE

Debtor's Attorney:   GREG P. PITTMAN                                 Date Filed:       11/08/2022
341 Meeting Date:   12/07/2022     Adjourned 341 Date:               Schedules Filed:
Tape #:   12, 18                                                     Plan Filed:       11/08/2022
                                                                     Amd Plan Filed:   11/08/2022

**Appearances:**   Debtor:    dl,ss,vf, yy
                   Attorney:  y
                   Creditors: Atty Addis for State Bank Financial - no ques atm, will em with Atty issues

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:**

  A. New Employment: _____
  B. New Address:
  C. Other:            _____
                       _____

**2. ELIGIBILITY / DEBT ANALYSIS:**

  A. Eligible under Section 109(e)?   Y

  B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 3,565.00 |
| Unsecured | 58,361.25 |
| Refund | 0.00 |
| Secured | 43,734.00 |
| Case Costs | 0.00 |
| Total Debt | 105,660.25 |

  C. Does Debtor have Regular Income?   Y

  D. Prior Bankruptcies:  _____

  E. DSO's:   Y _____   N _____
              _____

  F. Tax Returns
       TAX AFFIDAVIT STATES ONLY INCOME WAS SSI SO NOT REQUIRED TO FILE IN 2021

G. Self Employment

    Is Debtor Self Employed?  N

    Does Debtor Incur Trade Debt?  Y _____ N _____

    Did Debtor Complete Business Trade Questionnaire?  Y _____ N _____

    Will a Monthly Operating Report be Required?  Y _____ N _____

**3. MONTHLY BUDGET:**

| | | |
|---|---|---|
| Budgeted Income | 3340.00 | Available for Plan | 770.00 |
| Budgeted Expenses | 2570.00 | Plan Payments | 765.00 |
| Available for Plan | 770.00 | Excess | 5.00 |

A. Does Budget appear reasonable?   N

    -Tee PAYS HOME MORTGAGE, DEBTORS PAY TAXES/INSURANCE
    -$0 VEHICLE INSURANCE

B. Means Test: Is all disposable income applied? (Sec 1325(b)(1)(B))   Y

    -STATUS OF PI CLAIM ON SHCEDULE B, VALUE "UNKNOWN"

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6))  Y

    -2006 VEHICLE, RELIABLE? -not really - will discuss with atty

**4. PLAN:**

A. Number of months the Plan is expected to last:   60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 12/8/2022 | 12/7/2027 | 765.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan:    45900.00

C. Approximate percentage to Unsecureds:    0

D. Source of Income:   SOCIAL SECURITY

    Spouse income:   SOCIAL SECURITY

E. Wage Order Sent To:  DEBTOR yesterday via TFS

F. Payments received to Date:    $0.00

    Will debtor commence payments within 30 days after the plan has been filed?   Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3)) Y

    If "No", plan cannot be confirmed.

H. Attorney Fee Requested    4000.00         Paid to Date:   435.00

    Balance Due Under Plan        3565.00   Approximate months to pay:   34.00

        Trustee recommends amount requested?    Y

        If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?     Y

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5))N
   -REWRITING HOME MORTGAGE WITH A TERM OF 84 MONTHS, DEBTORS TO RESUME IN MONTH 61 - note no claim at the moment; bar date 1-17

K. Does the plan provide for full payment of Priority Debt?     Y
   -NONE

L. Was a Liquidation Analysis Provided By the Debtor? (Sec 1325(a)(5))   N
   Unsecureds Do Better Under Chapter: 13

| Under Chapter 7 | | Under Chapter 13 | |
|---|---|---|---|
| Assets: | 189775.00 | Total Paid To Plan: | 45900.00 |
| Admin, Security: Priority (ASP) | 47299.00 | A.S.P. Debt: | 47299.00 |
| | | Less Direct: 0.00 | 47299.00 |
| Exemptions: | 196041.00 | Trustee Fee on Net A.S.P: | 2489.42 |
| Available for UnSec: | -53565.00 | Amt Avail for Unsec: | -3888.42 |

## 5. CLAIMS AND OBJECTIONS

### Secured
STATE BANK FINANCIAL        Scheduled for:    43,734.00    Filed for:   0.00
  Claim Ref Number:   16    Scheduled as:  Secured        Filed as:    Not Filed
  Reason:   mortgage homestead: 612 E Franklin St         Filed date:
  Objection Filed?   No

### 7
US BANKRUPTCY COURT         Scheduled for:    0.00        Filed for:   0.00
  Claim Ref Number:   4     Scheduled as:  Case Costs     Filed as:    Not Filed
  Reason:                                                 Filed date:
  Objection Filed?   No

### 8
DEBTOR                      Scheduled for:                Filed for:
  Claim Ref Number:   2     Scheduled as:  Refund         Filed as:    Refund
  Reason:                                                 Filed date:  11/8/2022
  Objection Filed?   No

DEBTOR                      Scheduled for:    0.00        Filed for:   0.00
  Claim Ref Number:   3     Scheduled as:  Refund         Filed as:    Not Filed
  Reason:                                                 Filed date:
  Objection Filed?   No

### Attorney
GREG P. PITTMAN             Scheduled for:    3,565.00    Filed for:
  Claim Ref Number:   1     Scheduled as:  Attorney       Filed as:    Not Filed
  Reason:                                                 Filed date:
  Objection Filed?   No

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?        N

Trustee Comments:

{ 3A, 4J }
- MISSING RECORDED MORTGAGE
- $0 VEHICLE INSURANCE
- REWRITING HOME MORTGAGE WITH A TERM OF 84 MONTHS, DEBTORS TO RESUME IN MONTH 61-creditor has not accepted this treatment atm

Date Completed:    12/08/2022                        /s/
                                                     Mark Harring
                                                     Standing Chapter 13 Trustee