**UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN**

www.wiwb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | | Original Plan |
| ☒ | July 19, 2023 | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Gary Peterson    JOINT DEBTOR: Betty Peterson    CASE NO.: 22-11787

SS#: xxx-xx-8835    SS#: xxx-xx-7472

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

**TO ALL PARTIES:**
Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $765.00 for 3 months;
2. $800.00 for 57 months;
3. $0.00 for ___ months;
4. $0.00 for ___ months;
5. $0.00 for ___ months;
6. $0.00 for ___ months;
7. $0.00 for ___ months;

The total amount of estimated payments to the trustee: $47,895.00

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $4000.00 | Total Paid: $435.00 | Balance Due: $3565.00 |
|---|---|---|
| Payable $0.00 /month (Months ___ to ___) | | |

Debtor(s): Gary Peterson, Betty Peterson     Case number: 22-11787

### III. TREATMENT OF SECURED CLAIMS

#### A. SECURED CLAIMS: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

---

1. Creditor: State Bank Financial

   Address: 203 W. Wisconsin St.
   Sparta WI 54656

   Arrearage/ Payoff on Petition Date: 47,265.62

   Regular Payment (Direct): $668.05 /month

   Account No.:

   Other: See non-standard provision below

   ■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ■ The debtor(s) will pay ■ taxes ■ insurance directly

   Address of Collateral:
   612 E. Franklin St. Sparta, WI 54656

   ☐ Personal Property/Vehicle
   Description of Collateral:

---

#### B. VALUATION OF COLLATERAL: ■ NONE

### IV. TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **PRIORITY TAX CLAIMS:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

### V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS

A. Pay $0.00 /month

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

### VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

### VII. INCOME TAX RETURNS AND REFUNDS: ■ NONE

### VIII. NON-STANDARD PLAN PROVISIONS ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

State Bank Financial has a mortgage on the homestead with a balance in the amount of $47,265.62. The secured claim shall be amortized over 84 months at 5% interest for a monthly payment of $668.05. Prior to confirmation, the Debtors shall pay adequate protection to State Bank Financial in the monthly amount of $668.05. Upon confirmation, the Debtors shall continue to pay the monthly amount of $668.05. The monthly payment will be through the Chapter 13 Trustee. The balance due upon completion of the chapter 13 shall balloon and become due and owing to State Bank Financial.

☐ Mortgage Modification Mediation

Debtor(s): Gary Peterson, Betty Peterson    Case number: 22-11787

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| s/Gary Peterson | Debtor | July 19, 2023 | s/Betty Peterson | Joint Debtor | July 19, 2023 |
|---|---|---|---|---|---|
| Gary Peterson | | Date | Betty Peterson | | Date |

s/Greg P. Pittman    July 19, 2023
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Gary and Betty Peterson        Chapter 13
                                       Case No.: 22-11787

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

    ☒   A copy of this proposed amendment has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

    ___ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:

    Plan is amended to provide for 60 equal monthly payments to State Bank Financial with a balloon of the mortgage loan upon completion of the plan.

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

Local Form No. 3015-1.2    12/01/2017

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| GARY PETERSON and BETTY PETERSON | |
| Debtors. | Case No: 22-11787 (Chapter 13) |

### NOTICE OF AMENDED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE,** that the debtors, Gary and Betty Peterson, by their attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Greg P. Pittman, has filed an Amended Chapter 13 Plan. A copy of said Amended Plan is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before *August 10, 2023,* you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 120 N. Henry St., RM 340, Madison, WI 53703* and a copy to *Greg P. Pittman, 712 Main Street, La Crosse, Wisconsin 54601.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

Dated this __20th__ day of July 2023, at La Crosse, Wisconsin.

PITTMAN & PITTMAN LAW OFFICES, LLC

By: s/Greg P. Pittman
Greg P. Pittman
Attorney No: 1073787
Attorney for Debtors
712 Main Street
La Crosse, WI 54601
(608) 784-0841

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| GARY PETERSON and BETTY PETERSON | |
| Debtors. | Case No: 22-11787 (Chapter 13) |

### AFFIDAVIT OF SERVICE BY MAIL

| STATE OF WISCONSIN | ) |
|---|---|
| | ) SS |
| COUNTY OF LA CROSSE | ) |

The undersigned being first duly sworn states that a true copy of *Request to Amend Unconfirmed Chapter 13 Plan and Amended Chapter 13 Plan dated July 20, 2023* was served upon the individuals on attached list either by electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on July __20__, 2023.

s/Wanda Nickelotti
Wanda Nickelotti

Subscribed and sworn to before me
this __20th__ day of July, 2023.

s/Greg P. Pittman
Greg P. Pittman, Notary Public
My Commission is permanent.

```
Label Matrix for local noticing          Phillip James Addis                  Bank of America
0758-1                                   504 Main St., Ste 200                Attn: Bankruptcy
Case 1-22-11787-rmb                      P.O. Box 1104                        4909 Savarese Circle
Western District of Wisconsin www.wiwb.uscour   La Crosse, WI 54602-1104      Tampa, FL 33634-2413
Eau Claire
Thu Feb  2 15:25:42 CST 2023

Bank of America, N.A.                    Barclays Bank Delaware               Discover Bank
PO Box 673033                            Attn: Bankruptcy                     Discover Products Inc
Dallas, TX 75267-3033                    Po Box 8801                          PO Box 3025
                                         Wilmington, DE 19899-8801            New Albany, OH  43054-3025


Discover Financial                       Mark Harring                         IRS - Centralized Insolvency Operations
Attn: Bankruptcy                         122 West Washington Ave.             P.O. Box 7346
Po Box 3025                              Suite 500                            Philadelphia, PA 19101-7346
New Albany, OH 43054-3025                Madison, WI 53703-2758


Mariner Finance                          Mariner Finance, LLC                 NCB Management Services
1423 State Rd 16                         Attn: Bankruptcy                     Attn: Bankruptcy
La Crosse, WI 54601-2980                 8211 Town Center Drive               1 Allied Drive
                                         Nottingham, MD 21236-5904            Feasterville-Trevose, PA 19053-6945


ONEMAIN                                  OneMain Financial                    PRA  Receivables Management LLC
P.O. BOX 3251                            Attn: Bankruptcy                     POB 41067
EVANSVILLE, IN 47731-3251                Po Box 3251                          Norfolk, VA 23541-1067
                                         Evansville, IN 47731-3251


Betty L Peterson                         Gary L Peterson                      Greg P. Pittman
612 E. Franklin St.                      612 E. Franklin St.                  Pittman & Pittman Law Offices, LLC
Sparta, WI 54656-1921                    Sparta, WI 54656-1921                712 Main Street
                                                                              La Crosse, WI 54601-4121


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Republic Bank                        Secretary of Treasury
PO BOX 41067                             1 Allied Drive, #DT                  Treasury Department
NORFOLK VA 23541-1067                    Feasterville Trevose, PA 19053-6945  1500 Pennsylvania Avenue N.W.
                                                                              Washington, DC 20220-0001


Securities and Exchange Commission       Speedycash                           State Bank Financial
175 West Jackson Boulevard               Attn: Bankruptcy                     401 Main Street
Suite 900                                Po Box 780408                        La Crosse, WI 54601-4183
Chicago, IL 60604-2908                   Wichita, KS 67278-0408


State Bank Financial                     State Bank Financial                 (p)TRANSFORM CREDIT INC
203 W. Wisconsin St.                     c/o Addis Law, LLC                   1440 W TAYLOR ST
Sparta, WI 54656-2346                    PO Box 1627                          # 431
                                         La Crosse, WI 54602-1627             CHICAGO IL 60607-4623


U.S. Trustee's Office                    Wisconsin Department of Revenue
780 Regent Street, Suite 304             Special Procedures Unit
Madison, WI 53715-2635                   P.O. Box 8901
                                         Madison, WI 53708-8901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Transform Credit Inc
Attn: Bankruptcy
332 S Michigan Ave, 9th Floor
Chicago, IL 60604

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28