UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Gary L & Betty L Peterson                                              Case No. 22-11787-13

Debtor(s)

### TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #36   on 7/20/2023 and states as follows:

1. Plan is amended to adjust the Nonstandard Provision regarding treatment of the secured obligation due State Bank Financial with a balance due of $47,265.62,   interest rate of 5% and adequate protection/equal monthly payments of $668.05/mo.

2. Plan is amended to include a new provision indicating the balance due upon completion of the chapter 13 shall balloon and become due and owing.

3. This office is able to administer the plan as drafted. We do not take a position as to whether the new Nonstandard Provision addresses the concerns raised by the Court in it's earlier Order Denying Confirmation.

Dated:   August   8, 2023

                                                    Standing Chapter 13 Trustee

                                                    By:      /s/*Leslie Brodhead Griffith*
Leslie Brodhead Griffith
Attorney for Trustee
122 W Washington Ave, Suite 500
Madison, WI   53703-2758
(608) 256-4320