UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Gary L & Betty L Peterson                                          Case No. 22-11787-13

      Debtor(s)

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the Amended Chapter 13 Plan and Request to Amend Unconfirmed   Plan filed as Document #45   on 9/29/2023 and states as follows:

1. Plan is amended to adjust the Nonstandard Provision regarding payment of the homestead obligation due State Bank Financial. The amended language makes clear this office is to make 60 monthly payments of $668.05 with the mortgage balance ballooning in Month 60 of the plan. It appears this language addresses concern as to whether the plan term was being extended beyond 60 months and/or that the loan was not being paid in full during the 60 month plan term.

2. The filing of these documents resolves the 8/31/2023 Court Order as far as this office is concerned. A proposed Confirmation Order will be sent to the Court for signing.

Dated:   September 29, 2023

                                                Standing Chapter 13 Trustee

                                                By:   /s/ *Leslie Brodhead Griffith*
                                                Leslie Brodhead Griffith
                                                Attorney for Trustee
                                                122 W Washington Ave, Suite 500
                                                Madison, WI   53703-2758
                                                (608) 256-4320