

November 15, 2023

Honorable Judge Rachel M. Blise
U.S. Bankruptcy Court
Western District of Wisconsin
120 North Henry Street, Room 340
Madison, WI 53703-2559

*Re: Gary L Peterson and Betty L Peterson; Western District of Wisconsin Case no 1-22-11787*

Dear Honorable Judge Blise,

This office represents State Bank Financial in the above-mentioned matter.

This letter is to inform the court that State Bank Financial wishes to withdraw its Objection to Confirmation of Plan (Document 40) and therefore may remove the hearing scheduled for 11/16/23 at 1:00pm.

If you have any questions, please feel free to contact our office at your convenience.

Very truly yours,

Phillip James Addis

PJA/wtj