**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: November 16, 2023**



_Rachel Blise_
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
_____

In Re:  Gary L & Betty L Peterson         Bankruptcy No.22-11787-13

_____

ORDER CONFIRMING PLAN
_____

    The debtor's plan filed on 11/08/2022 (if appropriate, as amended on  9/29/2023 ) having been transmitted to the creditors; and the plan complies with the provisions of Chapter 13 and with other applicable provisions of Title 11 U.S.C.; and any fee, charge, or amount required under Chapter 13 of Title 28, U.S.C., or by the plan, to be paid before confirmation, has been paid; and
    It having been determined after hearing on notice:

1) The plan has been proposed in good faith and not by any means forbidden by law; and
2) The value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 U.S.C. on such date; and
3) With respect to each allowed secured claim provided for by the plan -
   a) The holder of such claim has accepted the plan;
   b) The plan provides that the holder of such claim retain the lien securing such claim; and
   c) The value, as of the effective date of the plan of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
   d) The debtor surrenders the property securing claims to such holder; and
4) The debtor will be able to make all payments under the plan and to comply with the plan;

IT IS ORDERED THAT:
    1.  The debtor's plan (if appropriate, as amended) is confirmed.
    2.  The plan requires payments starting 12/08/2022     $765.00 per month
   3/08/2023     $800.00 per month
 and to continue thereafter until further ordered, payable to the Trustee,  Mark Harring, at MARK HARRING CH 13 TRUSTEE P.O. BOX 88004 CHICAGO, IL 60680-1004.

###

United States Bankruptcy Court

Western District of Wisconsin

In re:  
Gary L Peterson  
Betty L Peterson  
    Debtors

Case No. 22-11787-rmb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0758-1      User: eADIuser      Page 1 of 2  
Date Rcvd: Nov 16, 2023      Form ID: pdf827      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gary L Peterson, Betty L Peterson, 612 E. Franklin St., Sparta, WI 54656-1921 |
| cr | + | State Bank Financial, 401 Main Street, La Crosse, WI 54601-4183 |
| 5021704 | + | Mariner Finance, 1423 State Rd 16, La Crosse, WI 54601-2980 |
| 5021707 | + | Republic Bank, 1 Allied Drive, #DT, Feasterville Trevose, PA 19053-6945 |
| 5021710 | + | State Bank Financial, c/o Addis Law, LLC, PO Box 1627, La Crosse, WI 54602-1627 |
| 5021709 | + | State Bank Financial, 203 W. Wisconsin St., Sparta, WI 54656-2346 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2023 19:19:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5021701 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2023 19:15:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5025340 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2023 19:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5021702 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 16 2023 19:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5022706 | | Email/Text: mrdiscen@discover.com | Nov 16 2023 19:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5021703 | + | Email/Text: mrdiscen@discover.com | Nov 16 2023 19:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5031628 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 16 2023 19:15:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5021705 | ^ | MEBN | Nov 16 2023 19:11:01 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 5022258 | | Email/PDF: cbp@omf.com | Nov 16 2023 19:19:54 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5021706 | + | Email/PDF: cbp@omf.com | Nov 16 2023 19:19:57 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5031631 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2023 19:19:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5032148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2023 19:19:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5021708 | + | Email/Text: bkinfo@ccfi.com | Nov 16 2023 19:15:00 | Speedycash, Attn: Bankruptcy, Po Box 780408, Wichita, KS 67278-0408 |

| 5021711 | Email/Text: collections@transformcredit.com | Nov 16 2023 19:15:00 | Transform Credit Inc, Attn: Bankruptcy, 332 S Michigan Ave, 9th Floor, Chicago, IL 60604 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Greg P. Pittman | on behalf of Debtor Gary L Peterson greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Greg P. Pittman | on behalf of Joint Debtor Betty L Peterson greg@pittmanandpittman.com galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Mark Harring | court@ch13wdw.org |
| Phillip James Addis | on behalf of Creditor State Bank Financial phil@addislaw.com katie@mainstlawoffices.com |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 5